Official Form 1 (04/10)

# United States Bankruptcy Court
## DISTRICT OF HAWAII

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Hawaii Pacific Teleport, LP, a Limited Partnership* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *99-0355554* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*91-340 Farrington Highway*<br>*Kapolei, HI*   ZIPCODE *96707* | Street Address of Joint Debtor (No. & Street, City, and State):   ZIPCODE |
| County of Residence or of the Principal Place of Business: *Honolulu* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*   ZIPCODE | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME*   ZIPCODE | |

**Type of Debtor** (Form of organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Official Form 1 (04/10) | | FORM B1, Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Hawaii Pacific Teleport, LP,*<br>*a Limited Partnership* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____  06/23/2011<br>Signature of Attorney for Debtor(s)         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hawaii Pacific Teleport, LP,**<br>**a Limited Partnership** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  */s/ James A. Wagner*
Signature of Attorney for Debtor(s)

**JAMES A. WAGNER 1493**
Printed Name of Attorney for Debtor(s)

**WAGNER CHOI & VERBRUGGE**
Firm Name

**745 FORT STREET, SUITE 1900**
Address

**HONOLULU, HI 96813**

**(808) 533-1877**
Telephone Number

**06/23/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**06/23/2011**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

In re  *Hawaii Pacific Teleport, LP*
       *a Limited Partnership*

Case No.
Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Guthrie, Sabrina<br>152 Corte Anita<br>Greenbrae CA  94904 | Phone:<br>Guthrie, Sabrina<br>152 Corte Anita<br>Greenbrae CA  94904 | Loan | | $ 400,000.00 |
| 2<br>Mabuhay Philippines Satellite<br>2F PLDT Tower I<br>6799 Ayala Avenue<br>Makati City 1226<br>Philippines | Phone:<br>Mabuhay Philippines Satellite<br>???? PLDT Tower I<br>6799 Ayala Avenue<br>Makati City 1226<br>Philippines | Vendor | | $ 118,506.15 |
| 3<br>Time Warner Telecom<br>P.O. Box 172567<br>Denver CO  80217-2567 | Phone:<br>Time Warner Telecom<br>P.O. Box 172567<br>Denver CO  80217-2567 | Vendor | | $ 40,364.54 |
| 4<br>Jsat Corporation<br>Global Business Development<br>1-14-14 Akasaka Minato-ku<br> Tokyo 107-0052   Japan | Phone:<br>Jsat Corporation<br>Global Business Development<br>1-14-14 Akasaka Minato-ku<br> Tokyo 107-0052   Japan | Vendor | | $ 38,172.00 |
| 5<br>SAT-GE<br>201 Merritt 7<br>P.O. Box 5201<br>Norwalk CT  06851 | Phone:<br>SAT-GE<br>201 Merritt 7<br>P.O. Box 5201<br>Norwalk CT  06851 | Vendor | | $ 36,995.00 |

Page 1

_____,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Hawaiian Electric Co.<br>P.O. Box 3978<br>Honolulu HI   96812-3978 | Phone:<br>Hawaiian Electric Co.<br>P.O. Box 3978<br>Honolulu HI   96812-3978 | Utilities | | $ 17,112.00 |
| 7<br>James Campbell Co. LLC<br>P.O. Box 31000<br>Honolulu HI   96849-5543 | Phone:<br>James Campbell Co. LLC<br>P.O. Box 31000<br>Honolulu HI   96849-5543 | Rent to Landlord | | $ 16,308.89 |
| 8<br>Telesat Canada<br>Accounts Receivable<br>24822 Network Pl.<br>Chicago IL   60673-1248 | Phone:<br>Telesat Canada<br>Accounts Receivable<br>24822 Network Pl.<br>Chicago IL   60673-1248 | Vendor | | $ 7,830.00 |
| 9<br>IPFS Corporation<br>Department 7615<br>Los Angeles CA   90084-7615 | Phone:<br>IPFS Corporation<br>Department 7615<br>Los Angeles CA   90084-7615 | Insurance Premiums | | $ 6,609.90 |
| 10<br>Australian Satellite Communica<br>763 of Port Road<br>The Barton<br>South Australia 5031 | Phone:<br>Australian Satellite Communica<br>763 of Port Road<br>The Barton<br>South Australia 5031 | Vendor | | $ 6,550.00 |
| 11<br>DHL<br>16592 Collections Center Dr.<br>Chicago IL   60693 | Phone:<br>DHL<br>16592 Collections Center Dr.<br>Chicago IL   60693 | Vendor | | $ 6,113.78 |
| 12<br>Suemori & Associates<br>841 Bishop St., #801<br>Honolulu HI   96813 | Phone:<br>Suemori & Associates<br>841 Bishop St., #801<br>Honolulu HI   96813 | Legal Services | | $ 3,391.16 |
| 13<br>Technology Infrastructure Mgmt<br>23783 Caves Road<br>Gambier OH   43022 | Phone:<br>Technology Infrastructure Mgmt<br>23783 Caves Road<br>Gambier OH   43022 | Vendor | | $ 2,735.84 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Air Engineering Company, Inc.<br>2308 Pahounui Drive<br>Honolulu HI   96819 | Phone:<br>Air Engineering Company, Inc.<br>2308 Pahounui Drive<br>Honolulu HI   96819 | Vendor | | $ 2,526.67 |
| 15<br>Cummins West, Inc.<br>P.O. Box 44416<br>San Francisco CA   94144 | Phone:<br>Cummins West, Inc.<br>P.O. Box 44416<br>San Francisco CA   94144 | Vendor | | $ 1,707.53 |
| 16<br>Hawaiian Telcom<br>P.O. Box 30770<br>Honolulu HI   96820-0770 | Phone:<br>Hawaiian Telcom<br>P.O. Box 30770<br>Honolulu HI   96820-0770 | Utilities | | $ 1,299.01 |
| 17<br>Fletcher Heald & Hildreth, PLC<br>11th Flr, 1300 North 17th St.<br>Arlington VA   22209 | Phone:<br>Fletcher Heald & Hildreth, PLC<br>Arlington VA   22209 | Vendor | | $ 1,037.65 |
| 18<br>World Teleport Association<br>55 Broad St., 14th Flr<br>New York NY   10004 | Phone:<br>World Teleport Association<br>55 Broad St., 14th Flr<br>New York NY   10004 | Vendor | | $ 995.00 |
| 19<br>Oahu Waste Services, Inc.<br>P.O. Box 30490<br>Honolulu HI   96820-0490 | Phone:<br>Oahu Waste Services, Inc.<br>P.O. Box 30490<br>Honolulu HI   96820-0490 | Trash Removal | | $ 816.76 |
| 20<br>David Yard Service<br>1926 N. School St.<br>Honolulu HI   96819 | Phone:<br>David Yard Service<br>1926 N. School St.<br>Honolulu HI   96819 | Maintenance | | $ 565.44 |

B4 (Official Form 4) (12/07)

_____ ,
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A PARTNERSHIP

I, _____ , _____ of the  *Partnership*  named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.


Date: *6/23/2011*        Signature _____
                           Name:
                           Title:

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

In re *Hawaii Pacific Teleport, LP,*                                        Case No.
    *a Limited Partnership*                                     Chapter 11

_____ / Debtor

Attorney for Debtor:    *JAMES A. WAGNER*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____                        _____
                                                                             Debtor

| | | |
|---|---|---|
| Air Engineering Company, Inc.<br>2308 Pahounui Drive<br>Honolulu HI  96819 | DHL<br>16592 Collections Center Dr.<br>Chicago IL  60693 | IPFS Corporation<br>Department 7615<br>Los Angeles CA  90084-7615 |
| Allen Communications<br>P.O. Box 6337<br>Whittier CA  90609 | Director of Finance<br>200 S. High St.<br>Wailuku HI  96793 | James Campbell Co. LLC<br>P.O. Box 31000<br>Honolulu HI  96849-5543 |
| Australian Satellite Communica<br>763 of Port Road<br>The Barton<br>South Australia 5031 | Fletcher Heald & Hildreth, PLC<br>11th Flr, 1300 North 17th St.<br>Arlington VA  22209 | Jsat Corporation<br>Global Business Development<br>1-14-14 Akasaka Minato-ku<br>Tokyo 107-0052  Japan |
| Cooper Tyler Properties<br>Attn: Rick Hayes Friedlander<br>1101 Fifth Ave., #350<br>San Rafael CA  94901 | Guthrie, Christopher | Mabuhay Philippines Satellite<br>2F PLDT Tower I<br>6799 Ayala Avenue<br>Makati City 1226 Philippines |
| County of Kauai<br>4444 Rice St., #A-463<br>Lihue HI  96766-1340 | Guthrie, Sabrina<br>152 Corte Anita<br>Greenbrae CA  94904 | Menehune Water Co.<br>99-1205 Halawa Valley St.<br>Aiea HI  96701-3281 |
| Crutchfield, Alan<br>3463 State Street #207<br>Santa Barbara CA  93105 | Hawaiian Electric Co.<br>P.O. Box 3978<br>Honolulu HI  96812-3978 | Mishra, Ananda<br>2964 Varsity Circle, Apt. B<br>Honolulu HI  96826 |
| Cummins West, Inc.<br>P.O. Box 44416<br>San Francisco CA  94144 | Hawaiian Telcom<br>P.O. Box 30770<br>Honolulu HI  96820-0770 | Oahu Waste Services, Inc.<br>P.O. Box 30490<br>Honolulu HI  96820-0490 |
| David Yard Service<br>1926 N. School St.<br>Honolulu HI  96819 | Honolulu Cleaning Co.<br>Honolulu HI  96813 | Pacific Guardian Life<br>1440 Kapiolani Blvd. #1700<br>Honolulu HI  96814 |
| Dept. of Labor & Industrial Re<br>Directors Office<br>830 Punchbowl St. #321<br>Honolulu HI  96813 | Imverse Asia, Inc.<br>c/o Alan Crutchfield<br>3463 State Street #207<br>Santa Barbara CA  93105 | Pacific Teleports<br>Suite 210, 29 Kiora Rd<br>The Kiora Centre<br>Miranada, NSW 2228 Australia |
| Dept. of Taxation<br>Attn: Bankruptcy Unit<br>PO  Box 259<br>Honolulu HI  96809-0259 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA  19101-7346 | Pactel International<br>Level 1 - 4F<br>12 Lord Street Botany<br>NSW 2019 Australia |

| | |
|---|---|
| Patti Excudero, CPA | Technology Infrastructure Mgmt<br>23783 Caves Road<br>Gambier OH   43022 |
| Pitney Bowes, Inc.<br>P.O. Box 856390<br>Louisville KY   40285-6390 | Telesat Canada<br>Accounts Receivable<br>24822 Network Pl.<br>Chicago IL   60673-1248 |
| Plan Design Consultants, Inc.<br>1810 Gateway Drive, #300<br>San Mateo CA   94404-4001 | Time Warner Telecom<br>P.O. Box 172567<br>Denver CO   80217-2567 |
| Product Development & Consulti | Wayne Thompson Business Svcs |
| Real Property Tax Collection<br>City & County of Honolulu<br>City Hall<br>Honolulu HI   96813 | Wells Fargo Bank<br>1350 Energy Lane #200<br>Saint Paul MN   55108 |
| Sandwich Isle Pest Solutions<br>96-1368 Waihona St, Bay 4<br>Pearl City HI   96782 | World Teleport Association<br>55 Broad St., 14th Flr<br>New York NY   10004 |
| SAT-GE<br>201 Merritt 7<br>P.O. Box 5201<br>Norwalk CT   06851 | |
| Security Alarm Shop, Inc.<br>705 Queen St.<br>Honolulu HI   96813 | |
| Sprint<br>P.O. Box 219100<br>Kansas City MO   64121-9100 | |
| Suemori & Associates<br>841 Bishop St., #801<br>Honolulu HI   96813 | |